1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8   UNITED STATES OF AMERICA,

9                    Plaintiff,                    Case No. CR24-186-JHC

10         v.                                      DETENTION ORDER

11   DOMINIQUE SANDERS,

12                    Defendant.

13

14         Defendant Dominique Sanders is charged with conspiracy to distribute controlled

15   substances, 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), 846; possession of a controlled substance with

16   intent to distribute, 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C); and a forfeiture allegation. The Court

17   held a detention hearing on November 21, 2024, pursuant to 18 U.S.C. § 3142(f)(1), and based

18   upon the reasons for detention stated in the record and as hereafter set forth below, finds:

19

         FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

20
         1.      The government is entitled to a detention hearing pursuant to 18 U.S.C.

21
                 § 3142(f)(1), as Mr. Sanders is charged with an offense with a maximum term of

22
                 ten years or more under the CSA.

23
         2.      Mr. Sanders stipulated to detention.

DETENTION ORDER - 1

3.  There is a rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of the community pursuant to 18 U.S.C. § 3142(e).

4.  Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of Mr. Sanders as required and the safety of the community.

5.  Mr. Sanders poses a risk of nonappearance due to a lack of confirmed release plan. Mr. Sanders poses a risk of danger due to the nature of the instant offense. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Sanders's appearance at future court hearings while addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1)  Mr. Sanders shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)  Mr. Sanders shall be afforded reasonable opportunity for private consultation with counsel;

(3)  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Sanders is confined shall deliver Mr. Sanders to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

DETENTION ORDER - 2

1    (4)    The Clerk shall direct copies of this Order to counsel for the United States, to

2           counsel for Mr. Sanders, to the United States Marshal, and to the United States

3           Pretrial Services Officer.

4    Dated this 21st day of November, 2024.

5

6

7                                           MICHELLE L. PETERSON
                                            United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

DETENTION ORDER - 3