UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALI KUYATEH,<br><br>Defendant. | CASE NO. 2:24-cr-00186-JHC-1<br><br>ORDER |

This matter comes before the Court on Notices of Withdrawal of Counsel filed by Dominique Sanders' attorneys. *See* Dkt. # 262 (withdrawal of Attorney Varni); Dkt. # 263 (withdrawal of Attorney Barshis). If an attorney's withdrawal from a criminal matter would leave their client unrepresented, as here, those attorneys may withdraw only with leave of the Court. *See* LCrR 62.2(b)(1); LCrR 5(g)(4).

Accordingly, the Court ORDERS that attorneys Varni and Barshis remain counsel of record in this matter.

Dated this 11th day of September, 2025.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 1